UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Kristopher McGee,**

    **Plaintiff,**

    v.

**Suciu,** *et al.***,**

    **Defendants.**

Case No. 2:20–cv–1625

Judge Michael H. Watson

Magistrate Judge Jolson

### ORDER

On July 28, 2020, Magistrate Judge Jolson issued a report and recommendation ("R&R") recommending that Plaintiff's motion for default judgment, ECF No. 7, be denied. R&R, ECF No. 13. Magistrate Judge Jolson notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 2. She also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.*

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**, and Plaintiff's motion for default judgment, ECF No. 7, is **DENIED**. The Clerk is **DIRECTED** to terminate ECF Nos. 7, 13.

    **IT IS SO ORDERED.**

                                                  */s/ Michael H. Watson*
                                                  **MICHAEL H. WATSON, JUDGE**
                                                  **UNITED STATES DISTRICT COURT**