UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Kristopher McGee,**

    Plaintiff,                                   Case No. 2:20-cv-1625

    v.                                           Judge Michael H. Watson

**David Suciu,** *et al.***,**                     Magistrate Judge Jolson

    Defendants.

## ORDER

On December 21, 2021, Magistrate Judge Jolson issued a Report and Recommendation ("R&R"), recommending the Court dismiss without prejudice Plaintiff's claims against Nurse Brown because Plaintiff failed to exhaust his administrative remedies. R&R, ECF No. 65. The R&R notified the parties of their right to object to the same. *Id.* at 8–9. Moreover, it specifically advised the parties that a failure to object would amount to a waiver of the right to de novo review by the Undersigned as well as the right to appeal the Undersigned's adoption of the R&R. *Id.* at 9.

The period for objecting has passed, and no objections were filed. Accordingly, the Court **ADOPTS** the R&R and **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims against Nurse Brown.

The Clerk shall enter judgment for Defendants and terminate this case.

**IT IS SO ORDERED.**

                                            */s Michael H. Watson*
                                            **MICHAEL H. WATSON, JUDGE**
                                            **UNITED STATES DISTRICT COURT**